**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

No. 04-6905

—————————

JOHNNY LEE GORE,

Petitioner - Appellant,

versus

UNITED STATES ATTORNEY'S OFFICE; J. STROM
THURMOND, JR., United States Attorney;
ROSEMARY PARHAM, Assistant United States
Attorney,

Respondents - Appellees.

—————————

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  C. Weston Houck, Senior District
Judge.  (CA-02-1894-2-12)

—————————

Submitted:  September 16, 2004        Decided:  September 23, 2004

—————————

Before LUTTIG, KING, and DUNCAN, Circuit Judges.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Johnny Lee Gore, Appellant Pro Se.

—————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Johnny Lee Gore appeals the district court's order dismissing without prejudice his 28 U.S.C. § 2241 (2000) petition. Our review of the record and the district court's opinion adopting the magistrate judge's recommendation discloses no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Gore v. United States Attorney, No. CA-02-1894-2-12 (D.S.C. Feb. 25, 2004). We deny as unnecessary Gore's motion for a certificate of appealability and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED